UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TWA INC. POST-CONFIRMATION ESTATE | Case No. 01-00056 (PJW) |
| TWA INC. POST-CONFIRMATION ESTATE,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD AVIATION SUPPLY, INC.,<br><br>Defendant. | Adversary No. 02-75212 (PBL) |

## NOTICE OF APPEAL

Defendant WORLD AVIATION SUPPLY, INC. appeals under 28 U.S.C. § 158(a) from the judgment (the "Judgment") entered in this adversary proceeding on the 28th day of June, 2005.

The names of all parties to the Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Plaintiff**:
TWA INC. POST-CONFIRMATION ESTATE
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Phone: 302-652-4100
Fax : 302-652-4400
E-mail: jo'neill@pszyj.com

QBPHX\1941412.1

W. Anthony Feiock, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street. Suite 2700
Kansas City, MO 56105
Phone: 816-842-8600
Fax: 816-691-3495
E-mail: tfeiock@stinsonmoheck.com

Jill M. Farmer, Esq.
TWA Inc. Post-Confirmation Estate
11495 Natural Bridge Road
Room 212
Bridgeton, MO 63044

**Defendant**:
WORLD AVIATION SUPPLY, INC.
Gerald L. Shelley, Esq.
Quarles & Brady Streich Lang LLP
2 North Central Avenue
Phoenix, AZ 85004-2391
Phone: 602-230-5569
Fax : 602-420-5122
E-mail: gls@quarles.com

Dated: July 8, 2005.

          QUARLES & BRADY STREICH LANG LLP

          By: _____
           Gerald L. Shelley (AZ Bar No. 10453)
           Renaissance One
           Two North Central Avenue
           Phoenix, AZ  85004-2391
           Telephone: (602) 230-5569
           Facsimile: (602) 420-5122

         Attorneys for WORLD AVIATION SUPPLY, INC.