IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TWA, INC. POST CONFIRMATION ESTATE, | ) | Case No. 01-00056 (PJW) |
| _____ | ) | |
| TWA, Inc. Post Confirmation Estate, | ) | |
| | ) | Adv. No. 02-75212 (PBL) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Related Document: 39 |
| World Aviation Supply, Inc., | ) | |
| Defendant. | ) | |

**JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion of this date, Judgment is rendered in favor of Plaintiff, TWA, Inc. and against Defendant, World Aviation Supply, Inc. in the amount of $170,000.00, plus post-judgment interest as provided for by law.

Dated: June 28, 2005

*[signature]*

PAUL B. LINDSEY
UNITED STATES BANKRUPTCY JUDGE