## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Adversary Case #:** 02-75212 **Related Bankruptcy Case #:** 01-56 Trans World Airlines, Inc.
**Deputy Clerk Transferring Case:** Mary Ellen Behornar

**Case Type:** Adversary

**Nature of Suit:** 454

**Parties:**
TWA Inc. Post-Confirmation Estate
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Phone: 302-652-4100
Fax: 302-652-4400
E-mail: jo'neill@pszyj.com

W. Anthony Feiock, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2700
Kansas City, MO 56105
Phone: 816-842-8600
Fax: 816-691-3495
E-mail: tfeiock@stinsonmoheck.com

Jill M. Farmer, Esq.
TWA Inc. Post-Confirmation Estate
11495 Natural Bridge Road
Room 212
Bridgeton, MO 63044


WORLD AVIATION SUPPLY, INC.
Gerald L. Shelley, Esq.
Quarles & Brady Streich Lang LLP
2 North Central Avenue
Phoenix, AZ 85004-2391
Phone: 602-230-5569
Fax: 602-420-5122
E-mail: gls@quarles.com

NO DESIGNATIONS FILED IN THIS CASE.