IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 2

IN RE: TWA Inc. Post Confirmation Estate

| | | |
|---|---|---|
| World Aviation Supply Inc. | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   05- 569 |
| v. | ) | |
| | ) | |
| TWA Inc. Post Confirmation Estate | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 01-56 PJW |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/8/05 was docketed in the District Court on 8/5/05:

> Judgment rendered in favor of Plaintiff, TWA, Inc. And Against Defendant, World Aviation Supply, Inc. in the amount of $170,00.00, plus post-judgment interest as provided for by law.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                               Peter T. Dalleo
                                               Clerk of Court

Date:

To:    U.S. Bankruptcy Court
       Counsel