# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

WILLIAM H. SUDELL, JR.
302 575 7284
302 425 4685 Fax
wsudell@mnat.com

September 6, 2005

**VIA HAND-DELIVERY:**
Laura Davis Jones, Esquire
James E. O'Neill, III, Esquire
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub, P.C.
919 N. Market Street, 16th Floor
Wilmington, DE 19801

**VIA FACSIMILE & MAIL**
Gerald L. Shelley, Esquire
Quarles & Brady Streich Lang LLP
2 North Central Avenue
Phoenix, AZ 85004-2391

**VIA FACSIMILE & MAIL**
W. Anthony Feiock, Esquire
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150

Re: World Aviation Supply, Inc. v. TWA, Inc., Post-Confirmation Estate, *05-CV-00569 (UNA)*

Dear Counsel:

I am writing to confirm the scheduling of the mediation hearing in the above matter for Wednesday, September 28, 2005 at 2:00 p.m. The hearing will be held telephonically and I will provide you with dial-in information in the near future.

Sincerely yours,

William H. Sudell, Jr.

WHS/clh

481829

EXHIBIT F