## Criner, Barb

**From:** William H. Sudell, Jr. [WSudell@MNAT.com]
**Sent:** Tuesday, September 27, 2005 11:02 AM
**To:** gshelley@quarles.com; Feiock, Tony
**Cc:** Cherie L. Hare
**Subject:** FW: USDC Mediation re World Aviation Supply, Inc. v. TWA, Inc., Post-Confirmation Estate

Counsel-- In light of appellant's failure to submit a mediation statement, a check for my fees or to respond to emails and phone calls to its counsel, the mediation scheduled for tomorrow at 2:00 p.m. has been cancelled. If I do not hear from Mr. Shelley to the contrary by that hour, I will assume that his client does not intend to participate in a mediation of the appeal and will so inform the clerk of the district court. Thank you.

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 575-7284
Direct Fax: (302) 425-4685
E-Mail: wsudell@mnat.com

-----Original Message-----
**From:** William H. Sudell, Jr.
**Sent:** Monday, September 26, 2005 4:04 PM
**To:** 'gshelley@quarles.com'
**Cc:** 'tfeiock@stinsonmoheck.com'; Cherie L. Hare
**Subject:** FW: USDC Mediation re World Aviation Supply, Inc. v. TWA, Inc., Post-Confirmation Estate

Dear Mr. Shelley:

    Please let me know as soon as possible whether you intend to participate in the mediation scheduled for Wednesday, September 28, 2005, @ 2:00p.m. E.T. If you do intend to participate, please also inform me when you will forward the mediation statement for your client and the advance of $1,050, all referred to in my letter to you of August 8, 2005. If you do not intend to participate in the mediation, please let me know when you will dismiss the appeal

    Sincerely,

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 575-7284
Direct Fax: (302) 425-4685
E-Mail: wsudell@mnat.com

-----Original Message-----
**From:** Cherie L. Hare

EXHIBIT G

**Sent:** Thursday, September 22, 2005 5:17 PM
**To:** 'gshelley@quarles.com'
**Cc:** William H. Sudell, Jr.
**Subject:** USDC Mediation re World Aviation Supply, Inc. v. TWA, Inc., Post-Confirmation Estate

When we spoke on September 6, you informed me that you were unable to locate your client and would advise Mr. Sudell by September 13 as to the status of your representation. As mediation is scheduled for September 28, please update Mr. Sudell at your earliest convenience. Thank you.

Cherie L. Hare
Administrative Assistant to
  William H. Sudell, Jr.
  Daniel B. Butz
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 575-7358
Fax:    (302) 658-3989
E-mail: chare@mnat.com

.....

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

.....

12/6/2005