IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: TWA Inc. Post Confirmation Estate

| | |
|---|---|
| World Aviation Supply Inc. )<br>)<br>)<br>Appellant )<br>v. )<br>)<br>TWA Inc. Post Confirmation Estate )<br>)<br>Appellee ) | Case No. 1:05-cv-00569-GMS<br><br><br><br><br><br>Bankruptcy Court<br>Case No. 01-00056 (PJW)<br>Adv. Pro No. 02-75212 (PBL) |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 9th day of December 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list in the manner indicated:

_____
James E. O'Neill (Bar No. 4042)

DOCS_DE:105599.1

**Service List for World Aviation**

*First Class Mail*
(counsel for World Aviation Supply)
Gerald Shelley
G. Quarles & Brady Streich Lang L.L.P.
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

*First Class Mail*
(Counsel for TWA)
Jill Farmer, Esquire
General Counsel
TWA Inc. Post Confirmation Estate
1585 Forest View Drive
Saint Louis, MO 63122

*First Class Mail*
(Counsel for TWA)
W. Anthony Feiock, Esquire
Stinson Morrison Hecker LLP
1201 Walnut
Suite 2800
Kansas City, MO 64016