# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

WILLIAM H. SUDELL, JR.
302 575 7284
302 425 4685 Fax
wsudell@mnat.com

December 13, 2005

**VIA HAND-DELIVERY:**

Ms. Monica Mosley
Office of the Clerk
United States District Court
District of Delaware
U.S. Courthouse
844 King Street, Lockbox 18
Wilmington, DE 19801

        Re:    World Aviation Supply, Inc. v. TWA, Inc., Post-
                  Confirmation Estate, 05-CV-00569 (UNA)

Dear Ms. Mosley:

        I write to you concerning the referenced appeal and, in particular, appellant's unwillingness to participate in a mediation. In that regard, I have attached hereto my letter to Ms. Elizabeth Strickler dated September 29, 2005. The circumstances have not changed since the date of that letter. As a result of appellant's unwillingness to participate in the mediation, I suggest that the Court proceed with the appeal.

        If you have any questions concerning any of the above, please do not hesitate to contact me.

                              Sincerely yours,

                              William H. Sudell, Jr.

WHS/clh

497308

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 575 7284
302 425 4685 Fax
wsudell@mnat.com

September 29, 2005

**VIA HAND-DELIVERY**

Ms. Elizabeth Strickler
Deputy Clerk
United States District Court
District of Delaware
844 King Street, Lockbox 18
U.S. Courthouse
Wilmington, DE  19801

      Re:    World Aviation Supply, Inc. v. TWA, Inc., Post-
                  Confirmation Estate, 05-CV-00569 (UNA)

Dear Ms. Strickler:

        I write to inform you that a telephonic mediation of the referenced appeal was scheduled for 2:00 p.m., EDT, on September 28, 2005. Despite agreeing to that date and time, the appellant, World Aviation Supply, Inc., neither submitted its position paper nor its check in payment of my anticipated fees. I did not receive a response to e-mails and phone calls to appellant's counsel made within the week prior to the scheduled mediation in which I asked whether appellant planned to participate in the mediation. Therefore, on September 27, 2005, I informed the parties that the mediation would not go forward the next day as scheduled and that, unless I heard from appellant's counsel prior to the date and time originally scheduled for the mediation that appellant desired to participate in a mediation, I would inform the clerk of the court that appellant apparently did not. I have heard nothing further from appellant or its counsel.

Ms. Elizabeth Strickler
September 29, 2005
Page Two

If you have any questions concerning any of the above, please do not hesitate to contact me.

Sincerely yours,

William H. Sudell, Jr.

cc: James E. O'Neill, III, Esquire (via fax)
W. Anthony Feiock, Esquire (via fax)
Gerald L. Shelley, Esquire (via fax)

477766