IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TWA INC. POST CONFIRMATION ESTATE ) ) ) ) WORLD AVIATION SUPPLY INC. ) ) Appellant ) ) v. ) ) TWA INC. POST CONFIRMATION ESTATE ) ) ) Appellee ) | Civil Action No. 05-569 GMS |

## **ORDER**

WHEREAS, on December 9, 2005, the appellee filed a Motion to Dismiss (D.I. 3) with the court;

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2(a) (1995), an Answering Brief to the motion was due on December 23, 2005;

WHEREAS, on December 13, 2005, a Notice of Completion of Mediation was filed (D.I. 4); and

WHEREAS, as of the date of this Order, the Appellant has not filed an Answering Brief.

IT IS HEREBY ORDERED that:

1. The appellant shall file an Answering Brief to the pending Motion to Dismiss within ten (10) days of the date of this Order.

     2.  Should the appellant fail to comply with this Order, the court will decide the Motion to Dismiss on the present record.


Dated:  January 10, 2006             /s/ Gregory M. Sleet
                                               UNITED STATES DISTRICT JUDGE