IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TWA INC. POST CONFIRMATION ESTATE ) ) ) ) WORLD AVIATION SUPPLY INC. ) ) Appellant ) ) v. ) ) TWA INC. POST CONFIRMATION ) ESTATE ) ) Appellee ) | Civil Action No. 05-569 GMS |

## **ORDER**

     WHEREAS, on August 4, 2005, a notice of appeal from the judgment entered by the United States Bankruptcy Court on June 28, 2005, was appealed to this court (D.I. 1);

     WHEREAS, on December 9, 2005, the appellee filed a Motion to Dismiss for lack of prosecution (D.I. 3);

     WHEREAS, pursuant to District of Delaware Local Rule 7.1.2(a) (1995), an answering brief to the motion was due on December 23, 2005;

     WHEREAS, on December 13, 2005, a Notice of Completion of Mediation was filed (D.I. 4); and

     WHEREAS, on January 10, 2006, the court issued an Order for the appellant to file an answer brief within 10 days of the date of the Order (D.I. 5);

     WHEREAS, as of today's date, no further activity is reflected on the docket in this case;

IT IS HEREBY ORDERED that:

The appellee's Motion to Dismiss for failure to prosecute is hereby GRANTED and the appeal is DISMISSED.


January 26, 2006                                /s/ Gregory M. Sleet
                                                UNITED STATES DISTRICT JUDGE